IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEICO GENERAL INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>  vs.<br><br>MALCOLM SHAW, DONNA KAY RAINBOLT, RAY CURTIS SHAW, PHILIP SHAW, MADONNA REHABILITATION HOSPITAL, HASTINGS ANESTHESIOLOGY ASSOCIATES, P.C., HASTINGS FIRE AND RESCUE, LIFETEAM, BRYAN MEDICAL CENTER WEST, THE DEPARTMENT OF THE NAVY MEDICAL CARE RECOVERY UNIT, MARY LANNING HEALTHCARE, THE CENTERS FOR MEDICARE & MEDICAID SERVICES AND JOHN DOES 1-20,<br><br>              Defendants. | 8:16CV00058<br><br>MOTION TO DISMISS CROSS-CLAIM AGAINST LIFETEAM AIR EVAC EMS, INC., WITHOUT PREJUDICE |
| THE CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>              Cross-Claimant,<br><br>  vs.<br><br>MALCOLM SHAW, DONNA KAY RAINBOLT, RAY CURTIS SHAW, PHILIP SHAW, MADONNA REHABILITATION HOSPITAL, HASTINGS ANESTHESIOLOGY ASSOCIATES, P.C., HASTINGS FIRE AND RESCUE, LIFETEAM, BRYAN MEDICAL CENTER WEST, THE DEPARTMENT OF THE NAVY MEDICAL CARE RECOVERY UNIT, MARY LANNING HEALTHCARE, AND JOHN DOES 1-20,<br><br>              Cross-Claim Defendants. | |

COMES NOW Defendant/Cross-Claimant, the Centers for Medicare & Medicaid Services, by and through its counsel of record, and hereby requests the Court dismiss its Cross-Claim against LifeTeam Air Evac EMS, Inc., without prejudice to refiling.

        THE CENTERS FOR MEDICARE & MEDICAID
        SERVICES, Defendant/Cross-Claimant

        DEBORAH R. GILG
        United States Attorney
        District of Nebraska


By:   s/ Timothy R. Hook
       TIMOTHY R. HOOK, #24529
       Assistant United States Attorney
       1620 Dodge Street, Suite 1400
       Omaha, Nebraska 68102-1506
       Phone No.: (402) 661-3700
       Fax No.: (402) 661-3080
       Email: tim.hook@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Amy L. Van Horne, and also hereby certify that a copy of the same has been served by certified mail, return receipt requested, postage prepaid, to the following non-CM/ECF participants:

| | |
|---|---|
| Malcolm Shaw<br>301 North Webster Street<br>Blue Hill, NE  68930 | Donna Kay Rainbolt<br>2401 Eagle Drive<br>Del City, OK  73115 |
| Ray Curtis Shaw<br>596 Walden Avenue<br>San Leandro, CA  94577 | Philip Shaw<br>506 North Wilson Street<br>Blue Hill, NE  68930 |
| Madonna Rehabilitation Hospital<br>c/o Marsha Lommel<br>Registered Agent<br>5401 South Street<br>Lincoln, NE  68506 | Hastings Anesthesiology Associates<br>c/o John R. Dungan, Jr., M.D.<br>420 West 5th Street, Suite 101<br>Hastings, NE  68901 |
| Hastings Fire & Rescue<br>c/o Vern Powers, Mayor<br>220 North Hastings Avenue<br>Hastings, NE  68901 | LifeTeam Air Evac EMS, Inc.<br>c/o CT Corporation System<br>120 South Central Avenue<br>Clayton, MO  63105 |
| Bryan Medical Center West<br>c/o Kimberly A. Russell<br>Registered Agent<br>1600 South 48th Street<br>Lincoln, NE  68506 | Mary Lanning Healthcare<br>c/o Shawn Nordby<br>Registered Agent<br>741 North Denver<br>Hastings, NE  68901 |

                                                            s/ Timothy R. Hook
                                                            Assistant U.S. Attorney