IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEICO GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MALCOLM SHAW, DONNA KAY RAINBOLT, RAY CURTIS SHAW, PHILLIP SHAW, MADONNA REHABILITATION HOSPITAL, HASTINGS ANESTHESIOLOGY ASSOCIATES, P.C., HASTINGS FIRE AND RESCUE, LIFETEAM, BRYAN MEDICAL CENTER WEST, THE DEPARTMENT OF THE NAVY MEDICAL CARE RECOVERY UNIT, MARY LANNING HEALTHCARE, THE CENTERS FOR MEDICARE & MEDICAID SERVICES AND JOHN DOES 1-20,<br><br>Defendants. | 8:16CV00058<br><br><br><br>MOTION FOR<br>SUMMARY JUDGMENT |

Defendants, the Navy Medical Care Recovery Unit and the Centers for Medicare & Medicaid Services, move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of said motion, Defendants direct the Court's attention to the Index of Evidentiary Materials and accompanying memorandum brief filed herewith.

        THE DEPARTMENT OF THE NAVY MEDICAL
        CARE RECOVERY UNIT AND THE CENTERS
        FOR MEDICARE & MEDICAID, Defendants

        DEBORAH R. GILG
        United States Attorney
        District of Nebraska

By:  s/ Timothy R. Hook
      TIMOTHY R. HOOK, #24529
      Assistant United States Attorney
      1620 Dodge Street, Suite 1400
      Omaha, Nebraska 68102-1506
      Phone No.: (402) 661-3700
      Fax No.: (402) 661-3080
      Email: tim.hook@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on August 5, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Amy L. Van Horne, and also hereby certify that a copy of the same has been served by certified mail, return receipt requested, postage prepaid, to the following non-CM/ECF participants:

| | |
|---|---|
| Malcolm Shaw<br>301 North Webster Street<br>Blue Hill, NE 68930 | Donna Kay Rainbolt<br>2401 Eagle Drive<br>Del City, OK 73115 |
| Ray Curtis Shaw<br>596 Walden Avenue<br>San Leandro, CA 94577 | Philip Shaw<br>506 North Wilson Street<br>Blue Hill, NE 68930 |
| Madonna Rehabilitation Hospital<br>c/o Marsha Lommel<br>Registered Agent<br>5401 South Street<br>Lincoln, NE 68506 | Hastings Anesthesiology Associates<br>c/o John R. Dungan, Jr., M.D.<br>420 West 5th Street, Suite 101<br>Hastings, NE 68901 |
| Hastings Fire & Rescue<br>c/o Vern Powers, Mayor<br>220 North Hastings Avenue<br>Hastings, NE 68901 | LifeTeam Air Evac EMS, Inc.<br>c/o CT Corporation System<br>120 South Central Avenue<br>Clayton, MO 63105 |
| Bryan Medical Center West<br>c/o Kimberly A. Russell<br>Registered Agent<br>1600 South 48th Street<br>Lincoln, NE 68506 | Mary Lanning Healthcare<br>c/o Shawn Nordby<br>Registered Agent<br>741 North Denver<br>Hastings, NE 68901 |

                                                            s/ Timothy R. Hook
                                                            Assistant U.S. Attorney