IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEICO GENERAL INSURANCE COMPANY, | ) ) ) | 8:16CV58 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGMENT |
| DEPARTMENT OF THE NAVY MEDICAL CARE RECOVERY UNIT, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the court's Memorandum and Order entered this date,

FINAL JUDGMENT IS ENTERED providing that:

1. Plaintiff, GEICO General Insurance Company, and its insured, Cecil Shaw, and his estate, are discharged from any further liability to Defendants.

2. The cross-claim filed by the Centers for Medicare & Medicade Services (CMS) against LifeTeam Air Evac EMS, Inc., is dismissed without prejudice.

3. On CMS's cross-claims against Defendants Malcolm Shaw, Donna Kay Rainbolt, Ray Curtis Shaw, Phillip Shaw, Madonna Rehabilitation Hospital, Hastings Anesthesiology Associates, P.C., Hastings Fire and Rescue, Bryan Medical Center West, and Mary Lanning Healthcare, the court declares that CMS's claim to the interpleaded funds is superior to any claims that have or might be made by said Defendants.

4. CMS and the Department of the Navy Medical Care Recovery Unit (Navy) are entitled to receive the interpleaded funds of $100,000.00 plus accrued interest, if any, and the registry of the court shall distribute the funds as follows:

    a)      $93,000.00 plus 93 percent of any accrued interest to CMS; and

    b)      $7,000.00 plus 7 percent of any accrued interest to the Navy.

5. The clerk of the court shall proceed to close this file.

DATED this 13th day of October, 2016.

                           BY THE COURT:

                           s/ *Richard G. Kopf*
                           Senior United States District Judge